**William VAN LOO, Appellant,**

v.

**George HARTSFIELD, et al., Respondent.**

**No. WD 34087.**

Missouri Court of Appeals, Western District.

Aug. 9, 1983.

David Kite, Mid-Missouri Legal Service Corp., Jefferson City, for appellant.

Lyndel H. Porterfield, City Counselor, Jefferson City, for respondent.

Before CLARK, P.J., and DIXON and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from judicial review pursuant to Section 536.150, RSMo 1978.

Judgment affirmed. Rule 84.16(b).